IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| DIANE GOOCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 9:21-cv-80288-RS |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## ANSWER TO COMPLAINT

### FIRST DEFENSE

Plaintiff cannot state a claim for refund of the overpayment of any tax more than three years from the time the return was filed or more than two years from the time the tax was paid, unless she can establish that the provisions of 26 U.S.C. §§ 6511, 7422 apply.

### SECOND DEFENSE

All allegations of the Complaint not herein expressly admitted or qualified are denied.

The United States, in answer to the specific paragraphs of the Complaint, alleges and states as follows:

1. The United States admits that Diane Gooch is the Plaintiff in this action and

that the last four digits of her Social Security number are: XXX-XX-4358, but otherwise lacks sufficient knowledge to admit or deny the remaining allegations contained in paragraph one.

2. The United States lacks sufficient knowledge to admit or deny the allegations contained in paragraph two.

3. The United States admits that the allegation contained in paragraph three.

4. The United States admits that Plaintiff's Complaint seeks recovery of federal income tax and interest but otherwise lacks sufficient knowledge to admit or deny the allegations contained in paragraph four.

5. The United States admits that Plaintiff's Complaint seeks recovery of federal income tax for the taxable year ending December 31, 2013, but otherwise lacks sufficient knowledge to admit or deny the allegations contained in paragraph five.

6. The United States admits the allegations contained in paragraph six.

7. The United States admits the allegations contained in paragraph seven.

8. The United States admits that the IRS extended the filing deadline and granted relief to January 31, 2018 to perform certain time-sensitive actions, including the filing of original and amended tax returns by a press release, a copy of which is attached to the Complaint as Exhibit C, and admits that a permanent record of this relief is set forth in IRS Publication 976, a copy of which is attached

to the Complaint as Exhibit D, but otherwise lacks sufficient knowledge to admit or deny the remaining allegation contained in paragraph eight.

9. The United States admits the allegations contained in paragraph nine.

10. The United States admits the allegations contained in paragraph ten.

11. The United States admits the allegations contained in paragraph eleven.

12. Paragraph twelve states a legal conclusion to which no response is required. To the extent a response is required, the United States admits the allegations contained in paragraph twelve.

13. The United States lacks sufficient knowledge to admit or deny the allegations contained in paragraph thirteen.

14. The United States lacks sufficient knowledge to admit or deny the allegations contained in paragraph fourteen.

WHEREFORE, the United States requests that the Court deny the relief sought in Plaintiff's Complaint and award the United States its costs and for any other relief the Court may deem reasonable.

Dated: April 20, 2021

Respectfully submitted,

DAVID A. HUBBERT
Acting Assistant Attorney General

*/s/ Elizabeth N. Duncan*
ELIZABETH N. DUNCAN
Virginia State Bar No. 90685
Trial Attorney, Tax Division
U.S. Department of Justice
555 4th Street, NW, Suite 6911
Washington, D.C 20001
(202) 514-6546 - Phone
(202) 514-4963 – Fax
Elizabeth.N.Duncan@usdoj.gov

Of Counsel:

JUAN A. GONZALEZ
Acting United States Attorney
Southern District of Florida

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of April 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which send notification to the following counsel of record:

Chris Alan Draper, Esq.
Greenspoon Marder LLP
Cityplace Tower
525 Okeechobee Blvd., Suite 900
West Palm Beach, Florida 33401
Chris.Draper@gmlaw.com

/s/ Elizabeth N. Duncan
ELIZABETH N. DUNCAN
Trial Attorney, Tax Division